UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

SARA BILLS
on behalf of herself and all
others similarly situated,

       Plaintiff,

v.

TLC HOMES, INC.

       Defendant

Case No.: 19-cv-148

## PLAINTIFF'S MOTION FOR APPROVAL OF SERVICE AWARDS

COMES NOW Plaintiff, Sara Bills, on behalf of herself and all others similarly-situated, by and through her counsel, WALCHESKE & LUZI, LLC, and hereby respectfully Motions this Court for approval of Plaintiff's Service Award on the grounds set forth below.

1. The Seventh Circuit has recognized that, in appropriate cases, class representatives may be entitled to incentive awards. *See Spicer v. Chi. Bd. Options Exch.*, 844 F. Supp. 1226, 1267 (N.D. Ill. 1993) (citing *In re Cont'l Ill. Sec. Litig.*, 962 F.2d 566, 571 (7th Cir. 1992)). The amount of the award can reflect the extent to which the class has benefitted from the plaintiff's efforts to protect the interests of the class and the amount of time and effort expended. *See Cook v. Niedert*, 142 F.3d 1004, 1016 (7th Cir. 1998).

2. In this case, the parties have agreed that Plaintiff will receive a Service Award, subject to Court approval, in the total amount of $3,500.00. Defendant has agreed to this service payment and will not oppose this request. (ECF No. 26-1, § 3.3.)

3. Plaintiff's Service Award was agreed-upon between the parties and negotiated

separately from the amounts paid to the members of the FLSA Collective and WWPCL Class. Ultimately, the approval of Plaintiff's Service Awards by this Court will not affect, in any way, the amounts paid to the FLSA Collective and WWPCL Class via the settlement. (*Id.*)

4. Plaintiff's Service Award is fair, reasonable, and comparable vis-à-vis other service awards granted to other lead Plaintiffs in multi-Plaintiff cases under the FLSA and WWPCL in this District. (ECF No. 23, ¶ 16.) *See, e.g.*, *Thomas Melzer v. Pro Label, Inc.,* Case No. 18-cv-1080, ECF No. 37 (E.D. Wis. January 23, 2020) (Griesbach, J.); *Tiffany Doberstein v. East Wisconsin Savings Bank*, No. 18-cv-1931, ECF No. 35 (E.D. Wis., November 26, 2019) (Griesbach, J.); *David Lee v. UL LLC,* Case No. 17-cv-1617, ECF No. 19 (E.D. Wis. November 25, 2019) (Griesbach, J.); *Nicholas Johnson v. National Technologies, Inc.*, No. 18-cv-462, ECF No. 57 (E.D. Wis., July 22, 2019) (Jones, J.); *Nicole Dietzen v. Community Loans of America, Inc.*, Case No. 2018-cv-818, ECF No. 39 (E.D. Wis. May 15, 2019) (Griesbach, J.); *John Weninger v. General Mills Operations, LLC*, Case No. 2018-cv-321, ECF No. 93 (E.D. Wis. April 18, 2019) (Stadtmueller, J.); *Marybeth Meyer-Van Zeeland v. Advantech Manufacturing, Inc.*, Case No. 2018-cv-490, ECF No. 37 (E.D. Wis. April 18, 2019) (Pepper, J.); *Tracy Gerlach v. West Revenue Generation Services, et. al.*, Case No. 2018-cv-170, ECF No. 91 (E.D. Wis. January 3, 2019) (Griesbach, J.).

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her Motion for Approval of Service Award in the total amount of $3,500.00 as set forth above.

Dated this 16th day of September, 2020

> WALCHESKE & LUZI, LLC
> Counsel for Plaintiffs
>
> s/ *Matthew J. Tobin*
> Matthew J. Tobin, State Bar No. 1097545

WALCHESKE & LUZI, LLC
235 N. Executive Drive, Suite 240
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
mtobin@walcheskeluzi.com